**ORIGINAL**

FILED
JUN 1 2 2012
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SIERRA NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 12-375 C<br>(Judge _____)<br><br>FILED UNDER SEAL |

### SIERRA NEVADA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Sierra Nevada Corporation ("SNC"), through its undersigned counsel, hereby submits this Disclosure Statement.

SNC is a non-governmental privately held corporation. SNC does not have a parent corporation; nor does any publicly held corporation own 10% or more of SNC's stock.

Dated: June 12, 2012

        Respectfully submitted,

        s/ Todd Miller
        Todd Miller
        **HOLLAND & HART, LLP**
        90 South Cascade, Ave., Suite 1000
        Colorado Springs, CO 80903
        (719) 475-7730
        (303) 975-5281 (fax)
        tmiller@hollandhart.com

        Counsel for Sierra Nevada Corporation

5382655_1.DOCX