# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **SIERRA NEVADA CORP.,** | \* | |
| Plaintiff, | \* | |
| v. | \* | No. 12-375C |
| **THE UNITED STATES,** | \* | (Filed June 13, 2012) |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1. In addition to complying with the court's policy concerning Case Management/ Electronic Case Filing ("ECF") contained in the Notice of Designation filed by the Clerk's Office on February 10, 2012, counsel will deliver to the Clerk's Office for delivery to chambers one hard copy of every filing that includes an appendix. **ALL** APPENDICES CONSISTING OF MORE THAN 15 PAGES, WHETHER FILED SEPARATELY OR AS PART OF A BRIEF, SHALL BE INDEXED, CONSECUTIVELY PAGINATED, AND BOUND, SEE RCFC 5.4(a)(2), (G); 5.5(c)(5)-(6), AND APP. E, ¶ 10, AND TABULATED. **The requirement of tabulation is in addition to the requirements specified by rule**.

2. Each such filing required to be delivered in hard copy shall be delivered via hand delivery or express mail on the date of filing or on the next business day.

3. Failure to comply fully and timely with this order will result in the ECF pleading deemed not filed, and an order shall issue to that effect.

4. Counsel's attention is also directed to RCFC 56(c) for proposed findings of fact filed with all summary judgment motions.

5. All proposed orders should be e-mailed in Word format to the court's Judicial Assistant at Susan_Gundling@ao.uscourts.gov.

6. Counsel are advised that they may not communicate with chambers via e-mail other than for the purposes of ECF. All communications with the court's staff shall be made telephonically.

/s/ Christine O. C. Miller
_____
**Christine Odell Cook Miller**
Judge