# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * *

SIERRA NEVADA CORPORATION,           *

                Plaintiff,           *

        v.                           *    No. 12-375C

THE UNITED STATES,                   *    (Filed June 13, 2012)

                Defendant,           *    UNDER SEAL

* * * * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER

Further to the Complaint for Declaratory Relief filed on June 12, 2012,

**IT IS ORDERED**, as follows:

All parties shall participate in a telephonic status conference to be placed by the court at 1:00 p.m. EST on Thursday, June 14, 2012, to set a schedule for briefing on cross-motions for judgment on the administrative record.

/s/ Christine O.C. Miller
_____
**Christine Odell Cook Miller**
Judge