IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|   |   |   |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) | |
| v. | ) ) | No. |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of _____, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C.  20044

_____<br>
Commercial Litigation Branch<br>
Civil Division

Dated: