# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| **SIERRA NEVADA CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 12-375C |
| | ) | |
| v. | ) | **Judge Christine O.C. Miller** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION OF
## HAWKER BEECHCRAFT DEFENSE COMPANY LLC TO INTERVENE

Hawker Beechcraft Defense Company, LLC ("HBDC"), by and through undersigned counsel, respectfully moves to intervene in the above-captioned case pursuant to Rule 24 of the Rules of the United States Court of Federal Claims.

Although Sierra Nevada Corporation's ("SNC") Complaint has been filed under seal and HBDC has not had the opportunity to review that sealed Complaint, HBDC understands from media reports that SNC seeks, *inter alia*, to set aside the corrective action taken by the Air Force with respect to Solicitation No. FA8637-10-R-6000 (the "Solicitation") and to compel the Air Force to reinstate the prior contract award to SNC.  If SNC prevails in this action, HBDC will be denied the opportunity to fairly compete for the contract at issue and, accordingly, HBDC has a direct and substantial interest in the outcome of these proceedings.

HBDC's interest is not adequately represented by the existing parties, and the disposition of this action may impair or impede its ability to protect its interest.  The grounds in support of HBDC's Motion to Intervene are more fully set forth in the accompanying Memorandum of Points and Authorities.

Counsel for the United States and for Sierra Nevada Corporation have been notified of HBDC's Motion to Intervene, and the United States does not oppose the Motion.  Counsel for SNC has indicated that he cannot take a position on the Motion until he consults with his client.

Accordingly, HBDC respectfully requests that the Court enter an order granting HBDC's intervention in this proceeding.

Respectfully submitted,

Dated:  June 13, 2012                                   FRIED, FRANK, HARRIS, SHRIVER
                                                                              & JACOBSON LLP


*Of Counsel*:                                                              /s/ James J. McCullough
Michael J. Anstett                                        James J. McCullough
Karen M. Soares                                          801 17th Street, N.W.
Aaron Tucker                                               Washington, D.C.  20006
Brian M. Stanford                                         Tel:  (202) 639-7000
Fried, Frank, Harris, Shriver                        Fax:  (202) 639-7003
    & Jacobson LLP                                      Email:  James.McCullough@friedfrank.com
801 17th Street, N.W
Washington, D.C.  20006                            *Counsel to Plaintiff*
Michael.Anstett@friedfrank.com             *Hawker Beechcraft Defense Company, LLC*
Karen.Soares@friedfrank.com
Aaron.Tucker@friedfrank.com
Brian.Stanford@friedfrank.com
Telephone:  (202) 639 7000
Facsimile:  (202) 639 7003