IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| **SIERRA NEVADA CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-375C |
| | ) | |
| v. | ) | **Judge Christine O.C. Miller** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**HAWKER BEECHCRAFT DEFENSE COMPANY, LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Hawker Beechcraft Defense Company, LLC ("HBDC"), by its undersigned counsel, respectfully submits this disclosure statement.

HBDC is a non-governmental limited liability company. HBDC is a wholly-owned subsidiary of Hawker Beechcraft Corporation, which is a wholly-owned subsidiary of Hawker Beechcraft Acquisition Company LLC, which is a wholly-owned subsidiary of Hawker Beechcraft, Inc. Private equity funds sponsored by Goldman Sachs Group and Onex Corporation each own 10% or more of Hawker Beechcraft, Inc.'s stock.

1

**Error! Unknown document property name.**

2

                                                  Respectfully submitted,

Dated:  June 13, 2012             FRIED, FRANK, HARRIS, SHRIVER
                                                                            & JACOBSON LLP

*Of Counsel*:                                                             /s/ James J. McCullough
Michael J. Anstett                   James J. McCullough
Karen M. Soares                      801 17th Street, N.W.
Aaron Tucker                          Washington, D.C.  20006
Brian M. Stanford                  Tel:  (202) 639-7000
Fried, Frank, Harris, Shriver      Fax:  (202) 639-7003
   & Jacobson LLP                 Email:  James.McCullough@friedfrank.com
801 17th Street, N.W
Washington, D.C.  20006         *Counsel to Plaintiff*
Michael.Anstett@friedfrank.com     *Hawker Beechcraft Defense Company, LLC*
Karen.Soares@friedfrank.com
Aaron.Tucker@friedfrank.com
Brian.Stanford@friedfrank.com
Telephone:  (202) 639 7000
Facsimile:  (202) 639 7003

**Error! Unknown document property name.**