### IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

| | | |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | |
| Plaintiff, | ) | No. 12-375C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) | |
| Defendant-Intervenor. | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
### OF TIME TO FILE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully moves for an eight-day enlargement of time in which to file the Administrative Record in this case. Counsel for plaintiff Sierra Nevada Corporation and defendant-intervenor Hawker Beechcraft Defense Company, LLC have both indicated that they do not oppose the motion.

The Administrative Record in this case is currently due on June 28, 2012. The United States has been diligently working toward meeting that deadline. However, the parties have recently scheduled discussions for July 2, 2012, that may obviate the need to continue litigating this protest. The United States believes that delaying the filing of the Administrative Record by eight days will increase the likelihood that these discussions will yield a beneficial result for all of the parties.

For the foregoing reasons, the United States respectfully requests that this Court extend the deadline for filing the Administrative Record in this case by eight days, until July 6, 2012.

                                              Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ J. Hunter Bennett
J. HUNTER BENNETT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC  20044
(202) 616-2279

June 26, 2012                                  Attorneys for Defendant