### IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

| | | |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | |
| Plaintiff, | ) | No. 12-375C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) | |
| Defendant-Intervenor. | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully moves for an enlargement of time of three business days, until July 11, 2012, in which to file the Administrative Record in this case. Counsel for plaintiff Sierra Nevada Corporation and defendant-intervenor Hawker Beechcraft Defense Company, LLC have both indicated that they do not oppose the motion.

The Administrative Record in this case is currently due on July 6, 2012. The United States has been diligently working toward meeting that deadline and currently has all of the necessary documents in its possession. However, in processing the documents for filing, the United States has encountered technical difficulties that will make it impossible to meet the current deadline. The United States believes that, because of these

technical difficulties, it will take an additional three business days to tabulate and paginate the approximately 10,000-page Administrative Record.[1]

For the foregoing reasons, the United States respectfully requests that this Court extend the deadline for filing the Administrative Record in this case by three business days, until July 11, 2012.

                                                Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ J. Hunter Bennett
J. HUNTER BENNETT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC  20044
(202) 616-2279

July 6, 2012                                        Attorneys for Defendant

---

[1] Due to the large size of the Administrative Record, the United States will likely not be able to deliver a hard copy of the record to the Court until the following day, July 12, 2012.