## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

|  |  |  |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-375C |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED NON-WAIVER AGREEMENT REGARDING ADMINISTRATIVE RECORD

Defendant, the United States, respectfully moves this Court to enter the attached Stipulated Non-Waiver Agreement Pursuant To FRE 502 Regarding Administrative Record (Exhibit A), for the reasons set forth more fully in that agreement. Counsel for plaintiff Sierra Nevada Corporation and defendant-intervenor Hawker Beechcraft Defense Company, LLC, have advised the undersigned attorney that they have no objection to the entry of that agreement.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ J. Hunter Bennett
J. HUNTER BENNETT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC  20044
(202) 616-2279

July 6, 2012                                        Attorneys for Defendant