IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SIERRA NEVADA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | No. 12-375C |
| ) | |
| v. ) | |
| ) | (C. Miller, J.) |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| HAWKER BEECHCRAFT DEFENSE ) | |
| COMPANY, LLC, ) | |
| ) | |
| Defendant-Intervenor. ) | |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and this Court's June 14 and July 9, 2012 Orders, defendant, the United States, hereby provides notice that it is filing, under seal, the administrative record of the proceedings of the above-captioned bid protest on CD-ROM. Copies of the CD-ROM will be provided to plaintiff, defendant-intervenor, and counsel for the agency. Further, the United States is providing CD-ROM and paper courtesy copies of the administrative record to chambers.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

                                                    JEANNE E. DAVIDSON
                                                    Director

                                                  /s/ Kirk Manhardt
                                                  KIRK MANHARDT
                                                  Assistant Director

                                                  /s/ J. Hunter Bennett
                                                  J. HUNTER BENNETT
                                                  Trial Attorney
                                                  Commercial Litigation Branch
                                                  Civil Division
                                                  United States Department of Justice
                                                  PO Box 480
                                                  Ben Franklin Station
                                                  Washington, DC  20044
                                                  (202) 616-2279

July 11, 2012                                      Attorneys for Defendant