IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST
**(Electronically Filed on July 11, 2012)**

| | |
|---|---|
| SIERRA NEVADA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | No. 12-375C |
| ) | |
| ) | Judge Christine O.C. Miller |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| HAWKER BEECHCRAFT DEFENSE ) | |
| COMPANY, LLC, ) | |
| ) | |
| Defendant-Intervenor ) | |

**APPLICATION FOR ACCESS TO INFORMATION UNDER AMENDED
PROTECTIVE ORDER BY OUTSIDE COUNSEL**

1. I, Janna J. Lewis, hereby apply for access to protected information covered by the Amended Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of Holland & Hart LLP and have been retained to represent Sierra Nevada Corporation, a party to this proceeding.

3. I am not a member of the bar of the United States Court of Federal Claims (the court).

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as

discussed in *U.S. Steel Corp. v. United States,* 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Amended Protective Order.  I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor.  This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

     5.    I identify here those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:  **None.**

     6.    I identify here any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Amended Protective Order:  **None**.

     7.    I identify here instances in which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by any administrative or judicial tribunal:  **None.**

     8.    I have read the Amended Protective Order issued by the Court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

-3-

9. I acknowledge that a violation of the terms of the Amended Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the Court and in possible civil and criminal liability.

\* \* \*

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

| | |
|---|---|
| *s/ Janna J. Lewis* | July 11, 2012 |
| Janna J. Lewis | Date Executed |
| **HOLLAND & HART LLP** | |
| 222 South Main Street, Suite 2200 | |
| Salt Lake City, UT  84101-2001 | |
| (801) 799-5937 | |
| (801) 618-4152 | |
| jjlewis@hollandhart.com | |

| | |
|---|---|
| Attorney of Record: | |
| *s/ Todd W. Miller* | July 11, 2012 |
| Todd W. Miller | Date Executed |
| **HOLLAND & HART LLP** | |
| 90 South Cascade Avenue, Suite 1000 | |
| Colorado Springs, CO  80903-1645 | |
| (719) 475-6440 | |
| (303) 975-5293 | |
| Tmiller@hollandhart.com | |

5669373_1