# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |  |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | |
| Plaintiff, | ) | No. 12-375C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) | |
| Defendant-Intervenor. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Defendant, the United States, respectfully moves this Court to reschedule oral argument in this case, which is currently set for October 10, 2012, at 2:00 pm. Counsel for plaintiff Sierra Nevada Corporation (Sierra Nevada) and defendant-intervenor Hawker Beechcraft Defense Company, LLC (Hawker) have both indicated that they do not oppose this motion.

In an order dated August 14, 2012[1], this Court set forth the schedule by which this case is to proceed. Oral argument is currently scheduled for October 10, 2012, at 2:00 pm. Undersigned counsel has a previously scheduled commitment that will require him to be in Virginia by 6:00 pm on that date. In order to keep that commitment, he will need

---

[1] The delay in filing this motion is because undersigned counsel was on vacation when this Court entered its order and has only recently returned to the office.

to leave the District of Columbia by approximately 5:00 pm.  Consequently, undersigned counsel respectfully requests that this Court reschedule oral argument for the morning of October 10, or, alternatively, any time on October 11 or October 12.  Counsel for Hawker and Sierra Nevada have indicated that they are available at these times.

        Respectfully submitted,

        STUART F. DELERY
        Acting Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/ Kirk Manhardt
        KIRK MANHARDT
        Assistant Director

        /s/ J. Hunter Bennett
        J. HUNTER BENNETT
        Trial Attorney
        Commercial Litigation Branch
        Civil Division
        United States Department of Justice
        PO Box 480
        Ben Franklin Station
        Washington, DC  20044
        (202) 616-2279

August 23, 2012        Attorneys for Defendant