# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **SIERRA NEVADA CORPORATION,** | \* | |
| Plaintiff, | \* | |
| v. | \* | No. 12-375C |
| **THE UNITED STATES**, | \* | (Filed Aug. 23, 2012) |
| Defendant, | \* | |
| and | \* | |
| **HAWKER BEECHCRAFT DEFENSE COMPANY, LLC**, | \* | |
| Defendant-Intervenor. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

     Defendant's unopposed motion filed this date to change the time and/or date of oral argument is granted, and ¶ 6 of the order entered on August 14, 2012, is modified only insofar as argument on the parties' cross-motions for judgment on the administrative record shall be held at 10:00 a.m. on Wednesday, October 10, 2012, in the Howard T. Markey National Courts Building.

/s/ Christine O.C. Miller
_____
**Christine Odell Cook Miller**
Judge