IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

|  |  |  |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | |
| Plaintiff, | ) | No. 12-375C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) | |
| Defendant-Intervenor. | ) | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant respectfully requests the Court to accept for filing Defendant's Motion for Judgment Upon the Administrative Record and Opposition to Plaintiff's Motion for Judgment Upon the Administrative Record, which exceeds the page limit set forth in Rule 5.4(b)(1) of the Rules of the United States Court of Federal Claims by approximately 6 pages.  It was necessary for the United States to exceed the page limit in order to address sufficiently the claims and allegations raised in Plaintiff Sierra Nevada Corporation's Motion for Judgment Upon the Administrative Record.

Undersigned counsel has consulted with counsel for Plaintiff and Defendant-Intervenor and both advised that their clients had no objection to this motion.

Wherefore, Defendant respectfully requests that this Court grant its motion for leave to exceed the page limit.

                                              Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ J. Hunter Bennett
J. HUNTER BENNETT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC  20044
(202) 616-2279

September 21, 2012                                    Attorneys for Defendant