# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST
(Electronically Filed on September 28, 2012)

|  |  |
|---|---|
| SIERRA NEVADA CORPORATION, | ) |
| Plaintiff, | ) No. 12-375C |
| v. | ) Judge Christine O.C. Miller |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant, | ) |
| and | ) |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) |
| Defendant-Intervenor | ) |

### PLAINTIFF SIERRA NEVADA CORPORATION'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiff Sierra Nevada Corporation ("SNC"), by and through its counsel, respectfully requests the Court to accept for filing Plaintiff's Combined (1) Opposition to Defendant's Cross Motion for Judgment on the Administrative Record and (2) Reply in Support of Plaintiff's Motion for Judgment on the Administrative Record, which exceeds the page limit set forth in Rule 5.4(b)(1) of the Rules of the United States Court of Federal Claims by twelve pages.

Counsel for SNC consulted with counsel for Defendant and Intervenor and neither Defendant nor Intervenor oppose our motion to exceed the page limit by ten pages; however, SNC required twelve pages.

1

Counsel for SNC is filing a combined opposition and reply because the issues and arguments presented by Defendant and Intervenor in their respective memoranda are so closely aligned that separate responses would call for inefficient repetition of facts, law, arguments, and exhibits. A combined response will be more efficient, and will facilitate preparation, organization, filing, and review of SNC's opposition and reply. Rule 5.4(b)(2) of the Rules of the Federal Court of Claims, permits thirty pages for each response. Thus, SNC seeks leave to file a combined opposition and reply of 42 pages in length.

For the foregoing reasons, SNC respectfully requests that the Court grant SNC's Motion for Leave to Exceed the page limit.

Dated: September 28, 2012

                                              Respectfully submitted,

                                              s/ *Todd Miller*
                                              Todd Miller
                                              **HOLLAND & HART, LLP**
                                              90 South Cascade, Ave., Suite 1000
                                              Colorado Springs, CO  80903
                                              (719) 475-7730
                                              (303) 975-5281 (fax)
                                              tmiller@hollandhart.com

                                              Counsel for Sierra Nevada Corporation

## CERTIFICATE OF SERVICE

  I certify that on September 28, 2012, I served a copy of the foregoing document to the following by:

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Service by CM/ECF

| | |
|---|---|
| J. Hunter Bennett<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-2279<br>j.hunter.bennett@usdoj.gov<br>*Counsel to the United States of America* | Fried, Frank, Harris, Shriver & Jacobson LLP<br>James J. McCullough<br>801 17th Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 639-7000<br>Fax: (202) 639-7003<br>James.McCullough@friedfrank.com<br>*Counsel to Hawker Beechcraft Defense Company, LLC* |

            *s/ Kathy Jorgenson*

5779705_1