IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

|  |  |  |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | |
| Plaintiff, | ) | No. 12-375C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE REGARDING PROPOSED REDACTIONS**

Defendant hereby notifies this Court that it proposes no redactions to this Court's October 15, 2012 opinion. It takes no position upon the redactions proposed by the other parties in this case.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

|  |  |
|---|---|
|  | /s/ J. Hunter Bennett |
|  | J. HUNTER BENNETT |
|  | Trial Attorney |
|  | Commercial Litigation Branch |
|  | Civil Division |
|  | United States Department of Justice |
|  | PO Box 480 |
|  | Ben Franklin Station |
|  | Washington, DC  20044 |
|  | (202) 616-2279 |
| October 31, 2012 | Attorneys for Defendant |