# In the United States Court of Federal Claims

No. 12-375 C

(Filed: March 11, 2013)

_____
)
SIERRA NEVADA CORPORATION, )
)
                  Plaintiffs, )
v. )
)
THE UNITED STATES, )
)
                  Defendant. )
and )
)
HAWKER BEECHCRAFT DEFENSE CO., LLC )
_____)

### ORDER

      Pursuant to Rule 40.1 (c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of this case is necessary for the efficient administration of justice, this case shall be randomly reassigned by the Clerk of Court.

      IT IS SO ORDERED.

                                                    S/ Emily C. Hewitt
                                                    EMILY C. HEWITT
                                                    Chief Judge