# In the United States Court of Federal Claims

**No. 12-375C**
**Filed: March 11, 2013**

**SIERRA NEVADA CORPORATION**

 **v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Chief Judge Emily C. Hewitt**

   **Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Clerk of Court