IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| **SIERRA NEVADA CORPORATION,** )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>**THE UNITED STATES OF AMERICA,** )<br>)<br>  Defendant, )<br>)<br>  and )<br>)<br>**HAWKER BEECHCRAFT DEFENSE** )<br>**COMPANY, LLC,** )<br>)<br>  Defendant-Intervenor. )<br>) | No. 12-375C<br><br>Chief Judge Emily C. Hewitt |

**NOTICE OF WITHDRAWAL
OF MOTION TO REOPEN AND TO MODIFY PROTECTIVE ORDER**

Defendant-Intervenor Beechcraft Defense Company, LLC f/k/a Hawker Beechcraft Defense Company, LLC ("Beechcraft") hereby withdraws its Motion To Reopen And To Modify Protective Order, filed on March 7, 2013 [Dkt. No. 57].

Dated: April 26, 2013

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

          /s/ James J. McCullough
James J. McCullough
801 17th Street, N.W.
Washington, D.C.  20006
Tel:  (202) 639-7000
Fax:  (202) 639-7003
James.McCullough@friedfrank.com

*Counsel to Defendant-Intervenor Beechcraft
  Defense Company, LLC f/k/a Hawker
  Beechcraft Defense Company, LLC*

*Of Counsel*:
Michael J. Anstett
Aaron T. Tucker
Fried, Frank, Harris, Shriver
  & Jacobson LLP
801 17th Street, N.W.
Washington, D.C.  20006
Tel:  (202) 639-7000
Fax:  (202) 639-7003
Michael.Anstett@friedfrank.com
Aaron.Tucker@friedfrank.com